UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-21478-CIV-MARTINEZ/BANDSTRA

MADELINE RAMOS, and all other similarly situated,

    Plaintiff,

vs.

COLLINS & 74th STREET, INC., TASMIN A. KHAN,

    Defendants.
_____

## ORDER

THIS CAUSE came before the Court on the following pretrial motions filed by the parties to the above-captioned case. Upon review of these motions, all responses and replies thereto, the court file and applicable law, it is hereby

ORDERED AND ADJUDGED as follows:

1. Defendants' Motion to Strike Plaintiff's Affidavit in Support of her Motion for Summary Judgment (D. E. 45) filed on May 16, 2008 is DENIED, the Court having afforded the subject affidavit its appropriate weight in evaluating plaintiff's summary judgment motion.

2. Defendants' Motion to Accept Response to Plaintiff's Motion for Summary Judgment out of Time (D.E. 47) filed on May 16, 2008 is GRANTED, nunc pro tunc.

3. Defendants' Motion to Amend Answer Out of Time to Conform to Evidence (D.E. 49) filed on May 19, 2008 is GRANTED, nunc pro tunc. Accordingly, defendants' answer is hereby amended to deny the allegations of paragraph 3.

4. Defendants' Amended Motion to Strike Plaintiff's Affidavits (D.E. 50) filed on May 20, 2008 is DENIED, the Court having afforded the subject affidavit its appropriate weight in evaluating plaintiff's summary judgment motion.

5. Plaintiff's Motion Seeking Leave to File and Serve Amended Complaint (D.E. 62) filed on July 11, 2008 is DENIED, the Court finding that Tasmin Kahn does not meet the legal standards to be considered an "employee" under the FLSA. The Court further finds that the motion is untimely.

6. Defendant Tasmin Khan's Renewed Rule 11 Motion (D.E. 67) filed on July 17, 2008 is DENIED, the Court continuing to find that an award of sanction is not warranted under the circumstances of this case.

DONE AND ORDERED in Chambers at Miami, Florida this 18 day of July, 2008.

Ted E. Bandstra
Chief United States Magistrate Judge

Copies furnished to:
Honorable Jose E. Martinez
Counsel of record