UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-21478-CIV-MARTINEZ/BANDSTRA

MADELINE RAMOS, and
all others similarly situated,

CONSENT CASE

   Plaintiff,

vs.

COLLINS & 74th STREET, INC., and
TASMIN A. KHAN, individually,

   Defendants.
_____/

## FINAL SUMMARY JUDGMENT

Pursuant to Federal Rules of Civil Procedure 54 and 58 and in accordance with this Court's July 21, 2008 Order on Summary Judgment, final judgment is entered in favor of plaintiff, Madeline Ramos, and against defendant, Collins & 74th Street, Inc., in the amount of $628.20, for which let execution issue. The Court reserves jurisdiction to award attorney's fees and costs, if necessary, upon proper motion.

DONE AND ORDERED in Chambers, at Miami, Florida this 13 day of August, 2008,

                  _____
                  Ted E. Bandstra
                  Chief United States Magistrate Judge

Copies furnished to:
Honorable Jose E. Martinez
Counsel of record